IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02791-WDM-KLM

MICHAEL D. DITTMAN,

    Plaintiff,

v.

DJO, INC., f/k/a DJ ORTHOPEDICS, INC.,
REABLE THERAPEUTICS, LLC, and
I-FLOW CORP.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to Vacate and Reset Scheduling Conference** [Docket No. 4; February 23, 2009] (the "Motion"). As a preliminary matter, the Motion does not comply with my prior Order requiring that any request to reset the Scheduling Conference be made no later than five business days from the date of the conference. Nevertheless, I find that conducting a Scheduling Conference at this time would not be an efficient use of the Court's time given that Plaintiff has not completed service on Defendants. Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for February 25, 2009 at 10:30 a.m. is **vacated** and **RESET** to **May 13, 2009 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. **No further extensions of time will be permitted**.

The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **May 8, 2009**.

Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **May 8, 2009**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: February 23, 2009