IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02791-WDM-KLM

MICHAEL D. DITTMAN,

    Plaintiff,

v.

DJO, INC., f/k/a DJ ORTHOPEDICS, INC.,
REABLE THERAPEUTICS, LLC, and
I-FLOW CORP.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Motion to Reset Scheduling Conference** [Docket No. 1; May 12, 2009] ("Motion to Reset").  As Plaintiff has been previously warned, the Motion to Reset does not comply with my prior Order requiring that any request to reset the Scheduling Conference be made no later than five business days from the date of the conference [Docket Nos. 6 & 3].  The Motion to Reset, which seeks to reset a hearing set for tomorrow, is in clear violation of my prior admonition.  Further, the Motion to Reset, which is single-spaced, does not comply with D.C. Colo. L. Civ. R. 10.1(E). Future motions which do not comply with my prior Orders or the Local Rules will be summarily stricken.  Nevertheless, because Plaintiff simultaneously moves to amend his complaint, including deleting and adding parties, I find that a Scheduling Conference would not be efficient at this time.

IT IS HEREBY **ORDERED** that the Motion to Reset [#11] is **GRANTED**.  The

Scheduling Conference set for May 13, 2009 at 10:00 a.m. is **vacated** and **RESET** to **July 14, 2009 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  **No further extensions of time will be permitted**.

The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.  Deadline for submission of the proposed scheduling order is on or before **July 9, 2009**.

Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **July 9, 2009**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse.  The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

This matter is also before the Court on **Plaintiff's Motion for Leave to File Amended Complaint** [Docket No. 12; Filed May 12, 2009] ("Motion to Amend").  Plaintiff may amend his complaint once as a matter of course without leave of Court pursuant to Fed. R. Civ. P. 15(a) as no answer or responsive pleading has been filed.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion to Amend [#12] is **GRANTED**.  Given that judicial permission is not required, the Court deems the Amended Complaint [#13] as filed as of May 12, 2009.

IT IS FURTHER **ORDERED** that Plaintiff shall serve a copy of this Minute Order and

the Summons and Amended Complaint on all parties who have not previously been served on or before **June 1, 2009**.

IT IS FURTHER **ORDERED** that the caption shall be amended to reflect the deletion and addition of parties as set forth in the Amended Complaint.

Dated:  May 12, 2009