IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02791-WDM-KLM

MICHAEL D. DITTMAN,

    Plaintiff,

v.

DJO, LLC, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal Without Prejudice as to defendants APP Pharmaceuticals, Inc., Abraxis Biosciience, Inc. and Abraxis Bioscience, LLC in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed without prejudice as to APP Pharmaceuticals, Inc., Abraxis Biosciience, Inc. and Abraxis Bioscience, LLC, only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on July 13, 2009

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States Senior District Judge

PDF FINAL